IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| CED Construction Partners, Ltd., | ) | |
| | ) | C/A No.: 0:10-cv-3155-JFA |
| | ) | C/A No.: 0:11-cv-1243-JFA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Transportation Insurance Company, | ) | |
| American Casualty Co. of Reading, PA | ) | |
| and Pennsylvania National Security | ) | |
| Insurance Company, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Penn National Security Insurance | ) | |
| Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jose Trucking Corp. d/b/a G&P | ) | |
| Contractors and CED Construction | ) | |
| Partners, Ltd., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  Pursuant to the consent motion to consolidate the above-captioned cases (ECF No. 51, C/A No. 0:10-cv-3155), and (ECF No. 52, C/A No. 0:11-cv-1243) the court hereby consolidates the cases for discovery and for trial. All further filings shall bear both captions. The parties are instructed to continue to file in both cases.

1

The court hereby instructs Penn National Security Insurance Company that if it wishes for its complaint in C/A No. 0:11-cv-01243-JFA to be construed as an amended answer and counterclaim in the primary action, it shall file such amended answer and counterclaim in the primary action, taking care to ensure that the pleading addresses each of the claims asserted in the complaint. The court hereby grants leave for Penn National Security Insurance Company to file the amended answer and counterclaim.

IT IS SO ORDERED.

November 16, 2011                            Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge